# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Marilyn Jackson, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 23-cv-03820-JMB-DTS |
| Worldwide Flight Services, Inc., | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: the Complaint (Doc. No. 1-1) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Date: 11/1/2024                                                                                     KATE M. FOGARTY, CLERK